IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Janus Aguila** | : | Case No.: 14-20034-amc |
| | : | Chapter 13 |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**ORDER**

AND NOW, to wit, this 17th day of October, 2017, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A., ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the Real Property of Debtor located at 363 Edmonds Avenue, Drexel Hill, PA 19026.

Creditor requests that further compliance with Federal Rule of Bankruptcy Procedure 3002.l be waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

_____
Judge Ashely M. Chan
United States Bankruptcy Judge